UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUELL DION SMITH,<br><br>           Petitioner,<br>v.<br><br>JAMES TILTON, Secretary, et al.,<br><br>           Respondents. | Case No. 06cv2546-BTM (BLM)<br><br>**ORDER REGARDING SANCTIONS AND BRIEFING SCHEDULE**<br><br>[Doc. Nos. 21 & 24] |

    On November 27, 2007 at 9:00 a.m., Respondents' counsel, Rhonda Cartwright-Ladendorf, appeared at a hearing to show cause why sanctions should not be imposed for failing to comply with the Court's order requiring a response to Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 19]. Based on the representations made by counsel in her declaration and during the hearing, the Court declined to impose sanctions on Ms. Cartwright-Ladendorf.

    Respondents shall file and serve an answer to the Petition, <u>and a memorandum of points and authorities in support of such answer</u>, pursuant to Rule 5 of the Rules Governing § 2254 Cases no later than **December 21, 2007**. At the time the answer is filed, Respondents shall lodge with the Court all records bearing on the

merits of Petitioner's claims.  The lodgments shall be accompanied by a notice of lodgment which shall be captioned "**Notice of Lodgment in 28 U.S.C. § 2254 Habeas Corpus Case — To Be Sent to Clerk's Office**."  Respondents shall not combine separate pleadings, orders or other items into a combined lodgment entry.  Each item shall be numbered separately and sequentially.  No additional extensions of time will be granted.

In light of the Court's ruling on sanctions, Petitioner's "Motion Requesting Court to Rescind Enlargement of Time Motion and Move for Default" [Doc. No. 24] is **DENIED**.  However, the Court hereby **GRANTS** Petitioner's "Motion Requesting Enlargement of Time to File Traverse" [Doc. No. 21].  Petitioner may file a traverse to matters raised in the answer no later than **January 18, 2008**.  Any traverse by Petitioner (a) shall state whether Petitioner admits or denies each allegation of fact contained in the answer; (b) shall be limited to facts or arguments responsive to matters raised in the answer; and (c) shall not raise new grounds for relief that were not asserted in the Petition.  Grounds for relief withheld until the traverse will not be considered.  No traverse shall exceed ten (10) pages in length absent advance leave of Court for good cause shown.  Unless otherwise ordered by the Court, this case shall be deemed submitted on the day following the date Petitioner's traverse is due.

**IT IS SO ORDERED.**

DATED: November 28, 2007

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE BARRY TED MOSKOWITZ
U.S. DISTRICT JUDGE

ALL COUNSEL